UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID J. SNODGRASS, D.D.S. ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| TENNESSEE DEPARTMENT OF ) | NO. 3:10-0282 |
| FINANCE AND ADMINISTRATION, ) | JUDGE CAMPBELL |
| BUREAU OF TENNCARE and WENDY ) | |
| LONG, M.D, individually and in her official ) | |
| capacity as Chief Medical Officer of the ) | |
| Bureau of TennCare, JAMES A. ) | |
| GILLCRIST, D.D.S., individually and in his ) | |
| official capacity as Dental Director of the ) | |
| Bureau of TennCare, and DENTAQUEST ) | |
| OF TENNESSEE, LLC ) | |

ORDER

Pending before the Court is a Motion to Dismiss Amended Complaint on Behalf of the Defendants Bureau of TennCare and Wendy Long, M.D., and James Gillcrist, D.D.S., in their Individual and Official Capacities (Docket No. 37).[1] For the reasons set forth in the accompanying Memorandum, Defendants' Motion is GRANTED. Additionally, Defendants' previously filed Motion to Dismiss in Their Official Capacities (Docket No. 16) and Defendants'

---

[1] After Defendants filed their Motion to Dismiss Amended Complaint (Docket No. 37), the Plaintiff filed a Notice of Dismissal of the Tennessee Department of Finance and Administration, Bureau of TennCare as a defendant in this action (Docket No. 39). Defendant Manny Martins, in both his official and individual capacities, is dismissed for the same reasons as the other Defendants.

previous filed Motion to Dismiss in Their Individual Capacities (Docket No. 18) are dismissed as MOOT in light of the Amended Complaint.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE