UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAVID J. SNODGRASS** ) | |
| ) | |
| v. ) | Civil Action No. 3:10-0282 |
| ) | Judge Campbell/Knowles |
| **DENTAQUEST OF TENNESSEE, LLC** ) | |

**O R D E R**

A Telephone Conference will be held in this action on Wednesday, **October 20, 2010, at 10:00 a.m.** The attorney for the plaintiff shall initiate the call to 615-736-7344. At the hearing, the parties shall be prepared to discuss Alternative Dispute Resolution pursuant to the Order entered by Judge Campbell on October 12, 2010.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge