IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID J. SNODGRASS | ) |
| | ) |
| v. | ) NO. 3:10-0282 |
| | ) JUDGE CAMPBELL |
| DENTAQUEST OF TENNESSEE | ) |

ORDER

The Magistrate Judge ordered the parties to submit their Agreed Order of Dismissal by March 16, 2011, which they have failed to do. Docket No. 60.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. The jury trial set for December 13, 2011, and the pretrial conference set for December 5, 2011, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE